GREGORY G. ISKANDER, Bar No. 200215
ALEXA WORNER, Bar. No. 267609
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, California 94597
Telephone: 925.932.2468
Facsimile: 925.946.9809
giskander@littler.com
awoerner@littler.com

Attorneys for Defendant
BCI COCA-COLA BOTTLING COMPANY OF
LOS ANGELES

Jean K. Hyams, Esq., State Bar No. 144425
Sharon R. Vinick, Esq., State Bar No. 129914
LEVY VINICK BURRELL HYAMS LLP
180 Grand Avenue, Suite 1300
Oakland, CA 94612
Telephone: (510) 318-7700
Facsimile: (510) 318-7701
E-mail: jean@levyvinick.com
        sharon@levyvinick.com

Attorneys for Plaintiff
MAISEL HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAISEL HOLMES,<br><br>   Plaintiff,<br><br> v.<br><br>THE COCA-COLA COMPANY, and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No. 4:15-CV-00009-KAW<br><br>**STIPULATION AND [proposed] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |

# **STIPULATION**

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

**SO STIPULATED.**

Dated: July 20, 2015

/s/Jean K. Hyams
JEAN K. HYAMS
SHARON R. VINICK
LEVY VINICK BURRELL HAMS LLP
Attorneys for Plaintiff
MAISEL HOLMES

Dated: July 21, 2015

/s/ Gregory Iskander
GREGORY G. ISKANDER
LITTLER MENDELSON, P.C.
Attorneys for Defendant
BCI COCA-COLA BOTTLING COMPANY
OF LOS ANGELES

I, the filer of this document, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: July 21, 2015

/s/Jean K. Hyams
Jean K. Hyams, Esq.

(CASE NO. 4:15-CV-00009-KAW)   2.   STIPULATION AND [proposed] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE

**ORDER**

The stipulation is approved. The Court hereby ORDERS that the entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

PURSUANT TO STIPULATION IT IS SO ORDERED.

DATED: 7/27/15

_Kandis Westmore_
Hon. Kandis Westmore

(CASE NO. 4:15-CV-00009-KAW)     3.     STIPULATION AND [proposed] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE